Hugo BROZZETTI and George Brocavitch, Appellants,

v.

Ellis R. ROGERS, District Director of Internal Revenue at Scranton, Pennsylvania.

UNITED STATES of America

v.

ONE BALLY "BARREL–O–FUN" COIN-OPERATED GAMING DEVICE, Serial No. B33483391, and One Bally "Lotta Fun" Coin-Operated Gaming Device, Serial No. B57634263,

Hugo Brozzetti and George Brocavitch, Appellants.

Nos. 14836, 14837.

United States Court of Appeals Third Circuit.

Argued Oct. 23, 1964.

Decided Nov. 10, 1964.

As Amended Nov. 20, 1964.

Paul A. McGlone, Scranton, Pa. (Thomas J. Jones, Scranton, Pa., on the brief), for appellants.

Julius Altman, Asst. U. S. Atty., Scranton, Pa. (Bernard J. Brown, U. S. Atty., Scranton, Pa., on the brief), for appellee.

Before McLAUGHLIN, KALODNER and HASTIE, Circuit Judges.

PER CURIAM.

The judgments in these cases are affirmed upon the excellent opinion of Judge Nealon in the district court, United States v. One Bally "Barrell-O-Fun," etc., 224 F.Supp. 794.

UNITED STATES of America

v.

H. Jardine SAMURINE, Appellant.

No. 14615.

United States Court of Appeals Third Circuit.

Argued Sept. 14, 1964.

Decided Nov. 10, 1964.

Rehearing Denied Dec. 30, 1964.

H. Jardine Samurine, pro se.

Richard A. Levin, Asst. U. S. Atty., Newark, N. J. (David M. Satz, Jr., U. S. Atty., Newark, N. J., on the brief), for appellee.

Before BIGGS, Chief Judge, and McLAUGHLIN and STALEY, Circuit Judges.

PER CURIAM.

We have considered carefully the briefs and appendices of the parties and have weighed the oral arguments advanced by the defendant-appellant, Samurine. We find no merit in any of his contentions.

Accordingly, the judgment of conviction will be affirmed.